UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| L2 Productions, LLC,<br>§§§ *Plaintiff*,<br>v.<br>Sports Fishing Championship<br>Advanced Media, Inc.,<br>§§§§ *Defendant*. | Case No. 1:24-CV-01215-ADA |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 35. Judge Lane signed his report and recommendation on March 31, 2025, and the report and recommendation was entered on April 1, 2025. *Id.* As of the date of this order, neither party has objected to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). When no objections are timely filed, the Court reviews the magistrate's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because neither party filed timely objections, the Court has reviewed the report and recommendation for clear error. Having found no such error, the Court **ADOPTS** the report and recommendation (Dkt. 35). Accordingly, it is **ORDERED** that because Plaintiff has failed to adequately plead diversity jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE**.

The Court will enter a Final Judgment separately.

**SIGNED** on April 21, 2025.

                                               ALAN D. ALBRIGHT
                                               UNITED STATES DISTRICT JUDGE